**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__EASTERN__ District of __NEW YORK__
                              (State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

1. **Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7

☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

2. **Debtor's name**

MILLENNIUM HEALTHCARE, INC.

3. **Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

1 1 - 3 2 2 9 3 5 8
EIN

5. **Debtor's address**

Principal place of business

__68 South Service Road__
Number    Street

__Suite 100__

Melville
__Suffolk__           __NY  11747__
City              State   ZIP Code

_____
County

Mailing address, if different

_____
Number    Street

_____
P.O. Box

_____
City              State   ZIP Code

Location of principal assets, if different from principal place of business

_____
Number    Street

_____

_____
City              State   ZIP Code

Debtor    <u>www.millenniumhcs.com/</u>      Case number (if known) _____
Name

6. **Debtor's website (URL)** _____

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____

     District _____ Date filed _____ Case number, if known _____
                                               MM / DD / YYYY

     Debtor _____ Relationship _____

     District _____ Date filed _____ Case number, if known _____
                                               MM / DD / YYYY

---

**Part 3:**    **Report About the Case**

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _____    Case number _____
                Name                                          (if known)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| GEMINI MASTERFUND, LTD. | UNPAID NOTES | $ 224,478.25 |
| SCS TACTICAL ALLOCATION FUND | UNPAID NOTES | $ 40,232.56 |
| JOE GIAMICHAEL/DIMITRY SHAPIRO | UNPAID NOTES | $ 130,000.00 |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                          **Attorneys**

**Name and mailing address of petitioner**

Gemini Masterfund, Ltd.
Name
c/o Gemini Strategies LLC, Inc.

619 South Vulcan Avenue, Suite 203
Number    Street

Encinitas                    CA          92024
City                      State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Steven Winters, President
Name
c/o Gemini Strategies LLC, Inc.

619 South Vulcan Avenue     Suite 203
Number    Street

Encinitas                    CA          92024
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/08/2016
             MM / DD / YYYY

**✗** _____
Signature of petitioner or representative, including representative's title

A. Mitchell Greene
Printed name
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Firm name, if any

875 Third Ave., 9th Fl.
Number    Street

New York                     NY      10022-0123
City                      State       ZIP Code

Contact phone  212-603-6399    Email  amg@robinsonbrog.com

Bar number _____

State _____

**✗** _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 3

Debtor _____    Case number *(if known)*_____
          Name

---

**Name and mailing address of petitioner**

SCS Tactical Allocation Fund
Name

116 South Franklin Street
Number   Street

Rocky Mount _____ SC ____ 27804
City                                       State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Katherine M. Honey, President
Name

116 South Franklin Street
Number   Street

Rocky Mount _____ SC ____ 27804
City                                       State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/08/16
         MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

A. Mitchell Greene
Printed name
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Firm name, if any

875 Third Ave., 9th Fl.
Number   Street

New York _____ NY ____ 10022-0123
City                                       State        ZIP Code

Contact phone   212-603-6399   Email amg@robinsonbrog.com

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
         MM / DD / YYYY

---

**Name and mailing address of petitioner**

Joe Giamichael/Dimitry Shapiro
Name

40 Wall Street, Suite 2839
Number   Street

New York _____ NY ____ 10005
City                                       State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Joe Giamichael
Name

40 Wall Street, Suite 2839
Number   Street

New York _____ NY ____ 10005
City                                       State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

A. Mitchell Greene
Printed name
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Firm name, if any

875 Third Ave., 9th Fl.
Number   Street

New York _____ NY ____ 10022-0123
City                                       State        ZIP Code

Contact phone   212-603-6399   Email amg@robinsonbrog.com

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
         MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor _____  Case number (if known) _____
                Name

**Name and mailing address of petitioner**

SCS Tactical Allocation Fund
Name

116 South Franklin Street
Number   Street

Rocky Mount                    SC          27804
City                           State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Katherine M. Honey, President
Name

116 South Franklin Street
Number   Street

Rocky Mount                    SC          27804
City                           State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

A. Mitchell Greene
Printed name
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Firm name, if any

875 Third Ave., 9th Fl.
Number   Street

New York                       NY          10022-0123
City                           State       ZIP Code

Contact phone  212-603-6399    Email amg@robinsonbrog.com

Bar number     _____

State          _____

✖ _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Joe Giamichael/Dimitry Shapiro
Name

40 Wall Street, Suite 2839
Number   Street

New York                       NY          10005
City                           State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Joe Giamichael
Name

40 Wall Street, Suite 2839
Number   Street

New York                       NY          10005
City                           State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/05/2016
              MM / DD / YYYY

✖ _____  Shapiro
Signature of petitioner or representative, including representative's title

A. Mitchell Greene
Printed name
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Firm name, if any

875 Third Ave., 9th Fl.
Number   Street

New York                       NY          10022-0123
City                           State       ZIP Code

Contact phone  212-603-6399    Email amg@robinsonbrog.com

Bar number     _____

State          _____

✖ _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

Debtor _____     Case number (if known) _____
      Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | STACY L. GIUNTA REVOCABLE TRUST | UNPAID NOTES | $ 7,137.77 |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**      **Attorneys**

**Name and mailing address of petitioner**

STACY L. GIUNTA REVOCABLE TRUST
Name

71 7th Avenue, Apt. 1
Number   Street

Brooklyn      NY      11217
City      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

STACY L. GIUNTA
Name

71 7th Avenue, Apt. 1
Number   Street

Brooklyn      NY      11217
City      State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02 / 05 / 2014
     MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

A. Mitchell Greene
Printed name

Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Firm name, if any

875 Third Ave., 9th Fl.
Number   Street

New York      NY      10022-0123
City      State      ZIP Code

Contact phone 212-603-6399   Email amg@robinsonbrog.com

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
    MM / DD / YYYY

Debtor _____    Case number (if known)_____
                Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| REDWOOD FUND III, LTD. | UNPAID NOTES | $ 115,000.00 |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ 516,848.58 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

| Part 4: | Request for Relief |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**          **Attorneys**

**Name and mailing address of petitioner**

REDWOOD FUND III, LTD. _____          A. MITCHELL GREENE _____
Name                                                     Printed name
c/o Redwood Management, LLC                      Robinson Brog Leinwand Greene
16850 Collins Ave., #112-341                     Genovese & Gluck P.C.
Number    Street                                       Firm name, if any

Sunny Isles Beach ____    FL ___    33160 ___    875 Third Ave., 9th Fl. _____
City                      State       ZIP Code      Number    Street

                                                  New York _____   NY ___  10022-0123 ___
                                                  City                State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

GARY ROGERS _____          Contact phone  212-603-6399    Email amg@robinsonbrog.com
Name
c/o Redwood Management, LLC                      Bar number _____
16850 Collins Ave., #112-341
Number    Street                                       State _____

Sunny Isles Beach ____    FL ___    33160 ___
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2 / 5 / 2016          ✗ _____
            MM / DD / YYYY              Signature of attorney

✗ _____          Date signed _____
Signature of petitioner or representative including representative's title          MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

# GEMINI MASTER FUND, LTD.

c/o GEMINI STRATEGIES LLC Inc.
619 SOUTH VULCAN AVE., SUITE #203
ENCINITAS, CA 92024
Phone: 858.480.2828

January 8, 2016

Mr. Mitchell Greene
Robinson Brog et. al.
875 Third Avenue
New York,  NY 10022

RE:   Millennium Healthcare, Inc.

Dear Mr. Greene:

We are a creditor of Millennium Healthcare, Inc., which is obligated to us in the unsecured amount of $228,478.25.

We hereby authorize you to file an involuntary Chapter 7 Bankruptcy Petition against Millennium Healthcare, Inc.

Very truly yours,

Gemini Master Fund, Ltd.
By: Gemini Strategies LLC Inc.
Its: Investment Manager
By: Steven Winters
Its: President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                      Chapter 7

**MILLENNIUM HEALTHCARE, INC.,**

                                                            Case No.:

                        Debtor.
-----------------------------------------------------------X

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the undersigned petitioning creditor in the above-captioned proceeding,

submits this corporate ownership statement, and does hereby certify that it does not

directly or indirectly owns 10% or more of any class of its equity interests.

GEMINI MASTER FUND, LTD.
By: Gemini Strategies
Its: Investment Manager

By: _____

**Steven W. Winters**
**Its: President**

{00774684.DOC;1}617774

**STARBOARD INVESTMENT TRUST**
**116 South Franklin Street**
**Rocky Mount, North Carolina 27804**

January 27, 2016

Clement Yee
Robinson Brog et.al.
875 Third Avenue
New York, NY 10022

**RE:  Millennium Healthcare, Inc.**

Dear Mr. Yee:

SCS Tactical Allocation Fund (the "Fund"), a series of Starboard Investment Trust, is a creditor of Millennium Healthcare, Inc. ("Millennium"), which is obligated to the Fund in the unsecured amount of $40,232.56.

We hereby authorize you to file an involuntary Chapter 7 Bankruptcy Petition against Millennium.

Very truly yours,

**SCS Tactical Allocation Fund,**
**A series of Starboard Investment Trust**

By:_____
Katherine M. Honey
President
Starboard Investment Trust

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 7

**MILLENNIUM HEALTHCARE, INC.,**

                                                          Case No.:

                        Debtor.
-----------------------------------------------------------X

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the undersigned petitioning creditor in the above-captioned proceeding,

submits this corporate ownership statement, and does hereby certify that it does not

directly or indirectly own 10% or more of any class of its equity interests.

                        SCS Tactical Allocation Fund, a series of
                        The Starboard Investment Trust

                        By:_____

                        **Name: Katherine M. Honey**
                        **Title:  President**

RE:  Joe Giamichael and Dmitriy Shapiro

Dear Mr. Greene:

We are a creditor of Millennium Healthcare, Inc, which is obligated to us in the unsecured amount of $130,000.00.

We hereby authorize you to file an involuntary Chapter 7 Bankruptcy Petition against Millennium Healthcare, Inc.

Very truly yours,

Joe Giamichael

By:_____

**Creditor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 7

**MILLENNIUM HEALTHCARE, INC.,**
                                                          Case No.:


                        Debtor.
-----------------------------------------------------------X

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the undersigned petitioning creditor in the above-captioned proceeding,

submits this corporate ownership statement, and does hereby certify that it does not

directly or indirectly owns 10% or more of any class of its equity interests.


                                    [CREDITOR]

                                    By: _Joe Giamichael_____
                                    **[SIGNATORY, TITLE]**

                                    By: _Dmitriy Shapiro_____
                                    **[SIGNATORY, TITLE]**

Stacy L. Giunta
71 7th Avenue Apt 1
Brooklyn NY 11217

RE:   Millennium Healthcare, Inc.

Dear Mr. Greene:

    We are a creditor of Millennium Healthcare, Inc. which is obligated to us in the
unsecured amount of 7,137.77.

    We hereby authorize you to file an involuntary Chapter 7 Bankruptcy Petition against
Millennium Healthcare, Inc.

Very truly yours,

Stacy L. Giunta

By _____
Stacy L. Giunta
Stacy L. Giunta TTEE Stacy L. Giunta
Revocable Trust

616102

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 7

**MILLENNIUM HEALTHCARE, INC.,**

                                                                Case No.:

                         Debtor.
------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the undersigned petitioning creditor in the above-captioned proceeding,

submits this corporate ownership statement, and does hereby certify that it does not

directly or indirectly owns 10% or more of any class of its equity interests.

                         [CREDITOR]

                         By: _____
                         **Stacy L. Giunta**
                         **Stacy L. Giunta TTEE Stacy L. Giunta**
                         **Revocable Trust**

{00774684.DOC;1}617774

# Redwood Fund III, Ltd.

## c/o Redwood Management, LLC
### 16850 Collins Ave #112-341
### Sunny Isles Beach Florida, 33160
305-466-1577

RE:  Millennium Healthcare, Inc.

Dear Mr. Greene:

We are a creditor of Millennium Healthcare, Inc., which is obligated to us in the unsecured amount of $115,000.00 plus accrued interest.

We hereby authorize you to file an involuntary Chapter 7 Bankruptcy Petition against Millennium Healthcare, Inc.

Very truly yours,

Redwood Fund III, Ltd

By:_____
**Gary Rogers, Manager, Redwood Management on behalf of Redwood Fund III, Ltd.**

{00725480.DOC;1}616102

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:                                                    Chapter 7

**MILLENNIUM HEALTHCARE, INC.,**

                                                          Case No.:

                        Debtor.

-------------------------------------------------------------X

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the undersigned petitioning creditor in the above-captioned proceeding,

submits this corporate ownership statement, and does hereby certify that it does not

directly or indirectly owns 10% or more of any class of its equity interests.

Redwood Fund III, Ltd.

By:_____

**Gary Rogers, Manager, Redwood Management
on behalf of Redwood Fund III, Ltd.**

{00774684.DOC;1}617774