UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                                  Chapter 7

Millennium Healthcare, Inc.,                                          Case No. 816-70504-A736

        Debtor.                                                                <u>Order</u>

-----------------------------------------------------------X

        The petitioning creditors having consented to the withdrawal of the involuntary bankruptcy petition, it is hereby

        ORDERED, that this involuntary bankruptcy case is hereby dismissed.



Dated: Central Islip, New York                          **Robert E. Grossman**
       July 26, 2016                                   **United States Bankruptcy Judge**